IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01154-WYD-BNB

MICHAELA PRATT, through her grandfather and guardian
GARY PRATT,

    Plaintiff(s),

v.

AMERICAN FAMILY INSURANCE GROUP,

    Defendant(s).

## ORDER

THIS MATTER is before the Court on Defendant American Family Insurance Group's Motion to Dismiss or Change Venue, filed June 21, 2005.  In the Motion Defendant requests an Order dismissing this action, without prejudice, or transferring venue of this action to the United States District Court for the District of Kansas under the doctrine of *forum non conveniens*.  On June 30, 2005, Plaintiff filed a Confession of Motion to Dismiss Without Prejudice and Change Venue in which Plaintiff agrees to dismissal the case, without prejudice.  After a careful review of the Motions and the file, including Plaintiff's Confession of the Motion to Dismiss, the Court concludes that this case should be dismissed without prejudice.

    Accordingly, it is

    ORDERED that the Motion for Dismissal is **GRANTED**, and the within case is **DISMISSED WITHOUT PREJUDICE**, each party to pay their own costs and attorneys fees.

Dated this 20th day of July, 2005.

BY THE COURT:

s\ Wiley Y. Daniel
United States District Judge